**Nebraska Court of Appeals Memorandum Opinions**
**NOT Selected for Posting to Court Website**

**(released the week prior to August 21, 2018)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

A-17-615          Prokop v. Ritnour

A-17-1093         Castonguay v. Vandenbosch

A-17-1246         Casaday v. Winterstein

A-17-1324         In re Interest of Hannah C. & Rayna C.

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.